UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | CR5:21-09 |
| DANIEL MERARI CANELA DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CO-CONSPIRATORS' STATEMENTS

NOW COMES, DANIEL MERARI CANELA DIAZ, in the above-styled action, by and through counsel of record, and moves this Court for the substance of any and all statements that the government alleges are admissible as statements of any co-conspirator made during the course and in furtherance of the conspiracy.  Federal Rule of Evidence 801(d)(2)(E); Federal Rule of Criminal Procedure 16(a)(1)(A)

The rationale underlying the above-stated rule is that each co-conspirator is the "agent" of the other once a conspiracy is shown to exist. As a defendant's agent, statements made by co-conspirators within the scope of that agency and in furtherance of same are said to be impliedly authorized by the defendant as principal and are therefore admissions by the defendant. Given that such co-conspirator's statements are admissible because they are treated as statements of or adopted by the defendant, then such statements should be discoverable as the defendant's own pursuant to Rule 16(a)(1)(A) on the same theory. *United States v. Bradshaw*, 2002 WL 243731 (1st Cir. 2002); *United States v. Tyler*, 281 F.3d 84 (3rd Cir.2002); *United States v. Martinez-Medina*, (1st Cir. 2002)

Accordingly, Defendant requests that this Court orders the government to disclose to the undersigned counsel such statements as the government intends to introduce in the above-styled action as relate to hearsay statements made by Defendant's alleged co-conspirators.

Respectfully submitted this 21st day of June, 2022.

s/ Johnny E.C. Vines
Johnny E.C. Vines
GA Bar No. 940633
Attorney for Defendant

Johnny Vines, P.C.
P.O. Box 1422
Metter, Georgia 30439
(o) 912-388-7071
(o) 912-243-0519
(f)  912-537-6600
Email: jecvines@vineslaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   CR5:21-09 |
| DANIEL MERARI CANELA DIAZ, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with Motion for Co-Conspirators' Statements in this case in accordance with the directive from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Respectfully submitted this 21st day of June, 2022.

s/ Johnny E.C. Vines
Johnny E.C. Vines
GA Bar No. 940633
Attorney for Defendant

Johnny Vines, P.C.
P.O. Box 1422
Metter, Georgia 30439
(o) 912-388-7071
(o) 912-243-0519
(f)  912-537-6600
Email: jecvines@vineslaw.com