# United States District Court

SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR521-9**

United States of America

vs.

**Daniel Diaz**

**2:10 - 3:08**

Defendant/Age

**Greg Gilluly**
U. S. Attorney

**Johnny Vines (interpreter D. Zidovec)**
Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____ .
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **eight (8)** of the indictment.
- [✓] Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis **S/A Borup**.
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **Later date** at **TBD** .
- [ ] Bond Continued ___ Bond modified to _____ .
- Bond set at _____ _____
- [✓] Bond not made defendant in jail.
- [✓] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**     Date **04/25/2023**

Court Reporter **Debra Gilbert**     Probation Officer

Courtroom Deputy Clerk **Whitney Sharp**     U.S. Marshal **Jay**