| **SENTENCING** | **UNITED STATES DISTRICT COURT** | **JUDGE:** LISA GODBEY WOOD |
|---|---|---|
| **MINUTES** | **SOUTHERN DISTRICT OF GEORGIA** | **DATE:** 10/25/2023 |
| | **WAYCROSS DIVISION** | |

**CRIMINAL CASE NO.  CR  5:21-cr-9**
**UNITED STATES OF AMERICA VS.  DANIEL MERARI CANCELA DIAZ**

COURTROOM DEPUTY  MIXON                    COURT REPORTER   GILBERT

**ATTORNEY(S) FOR THE GOVERNMENT:**          **ATTORNEY(S) FOR THE DEFENDANT:**

 Greg Gilluly                                Johnny Vines

U.S. PROBATION OFFICER:                    DEFENDANT SENTENCED ON COUNT(S)

 Kayla Walker                               Count Eight (8)
_____            _____

[X]  Presentence Report Reviewed In Full   Custody ____24____ Months B.O.P.

____  Objections to Factual Basis          Probation  Kayla Walker

____  Objections To Guidelines Calculations  Supervised Release ____5____ Years

____  Changes Ordered in Factual Basis/Calculations   Special Conditions  as directed by the Court

[X]  No Changes Ordered                    Fine $  No

[X]  Findings Of The Court                 Restitution $  162,170.32 to victims as directed

                                           Special Assessment $  100 (WAIVED)

Total Offense Level  21                     To Be Paid  WAIVED

Criminal History  I                         Community Service  No

Guideline Range  37-46 months              Facility Recommended  ICE upon release from BOP

Supervised Release  2-5 years              Defendant Remanded To The USM  Yes

Fine  $15K-$150K                           Voluntary Surrender  N/A

Special Assessment  $100                   To USM [X]   To Facility [ ]

no  Minimum - Lifetime  Maximum            Appeal Waiver [X]

____  Witnesses Testify                    Sentencing Memo/Motions Reviewed [X]

[X]  Statements Of Counsel                 Motions Granted [X]   Restitution  Yes

[X]  Statements By Defendant

[X]  Sentence Pronounced

U.S.  Deputy  Marshal  Marty Fitzjurls

Court Security Officer  CSO-Scott

Time  1:00  to  1:22  Total  22 minutes